UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ASHISH ADI AND DEBKI ADI,

Plaintiff[s],

v.  Case No. 2:24-CV-00300-JLB-NPM

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

Defendant[s].

_____

**PLAINTIFFS' NOTICE OF SETTLEMENT**

COMES NOW, the Plaintiffs, Ashish and Debki Adi, by and through the undersigned counsel, hereby gives notice to this Honorable Court that the parties have mutually agreed to a settlement in this matter. Plaintiffs will voluntarily dismiss this case upon satisfaction of the settlement terms.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via the Florida Courts E-Filing Portal to all parties this 17th day of May, 2024.

                                                          **KANNER & PINTALUGA, P.A.**
                                                          Attorneys for Plaintiff
                                                          1625 Hendry St, 4th Floor
                                                          Fort Myers, FL, 33901
                                                          Phone: (561) 424-0032
                                                          Fax:   (561) 853-2188
                                                          Court Phone Number: (1-888) 824-7834
                                                          Email: jedwards@kpattorney.com
                                                                      mclayton@kpattorney.com
                                                                      FirstPartyEService@kpattorney.com

                               By:      */s/ John Edwards*
                                                 JOHN EDWARDS, ESQ.
                                                 FBN: 1010451